UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.      Cr. 1:16-mj-38-01-AJ

William LNU

## MOTION TO SEAL

NOW COMES Emily Gray Rice, United States Attorney for the District of New Hampshire, and hereby moves that the Complaint, supporting documents and associated docket entries in the above-captioned case be sealed at Level I until such time as the defendant is taken into custody. Public disclosure of the indictment and supporting documents would give the defendant the opportunity to flee and may endanger the safety of law enforcement officers affecting the arrest.

Dated: March 22, 2016                        Respectfully submitted,

                                                      EMILY GRAY RICE
                                                      United States Attorney

                                      By:  /s/ William E. Morse
                                               William E. Morse
                                             Assistant U.S. Attorney
                                             U.S. Attorney's Office
                                             53 Pleasant Street
                                             Concord, NH 03301
                                             (603) 225-1552

March 22, 2016

Motion:  __X__ Granted        ____ Denied

  /s/ Andrea K. Johnstone
Andrea K. Johnstone
United States Magistrate Judge