AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) |
| v. | ) Case No. 1:16-mj-38-01-AJ |
| William LNU | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* William LNU,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute a Controlled Substance; Distribution of a Controlled Substance

Date: 03/22/2016

*Issuing officer's signature*
Andrea K. Johnstone
U.S. Magistrate Judge
*Printed name and title*

City and state: Concord, New Hampshire

### Return

This warrant was received on *(date)* 3/22/2016, and the person was arrested on *(date)* 3-23-16
at *(city and state)* Salem, NH.

Date: 3-24-16

*Arresting officer's signature*

Michael Beinod TFO
*Printed name and title*