**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MAR 29 2016

USA

v.
William LNU

Case # 16 mj 38-01-AJ **FILED**

**EXHIBITS**

OFFERED BY: Gov't

re: preliminary hrg. 3/29/2016

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| 1 | Affidavit in support of criminal complaint |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

USDCNH-25 (2-96)